■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROD BACOTE, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County, imposed November 14, 1973, upon his conviction of attempted criminally selling a dangerous drug in the third degree, upon his plea of guilty, the sentence being an indeterminate prison term not to exceed five years. Sentence modified, as a matter of discretion in the interest of justice, by reducing the period of incarceration to the time already served. The sentence was excessive to the extent

indicated herein. Cohalan, Acting P. J., Margett, Christ, Brennan and Munder, JJ., concur.